**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| SAMUEL D. CASH,              Plaintiff,<br><br>   v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>                          Defendant. | Case No. 6:13cv00056-NKM |

## STIPULATION OF DISMISSAL

Having resolved the matter, Plaintiff and Defendant, by counsel, stipulate to the voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, it is ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and expenses.

ENTERED this ___ day of December, 2015.

_____
The Honorable Norman K. Moon
United States District Judge

I-1357721.1

WE ASK FOR THIS:

| | |
|---|---|
| /s/ C. Richard Cranwell | /s/ Samuel J. Webster |
| C. Richard Cranwell, Esq.<br>Cranwell, Moore & Emick, PLC<br>P.O. Box 11804<br>Roanoke, VA 24022-1804<br>crc@cranwellmoorelaw.com<br><br>Jeff R. Dingwall (CA Bar No. 265432)<br>Law Office of Jeff R. Dingwall, PLC<br>555 West Beech Street, Suite 510<br>San Diego, California 92101<br>Tel: (619) 796-3464<br>Fax: (619) 717-8762<br>jeff@jrdingwall.com<br><br>C. Kiel Garella (NC Bar No. 42839)<br>Garella Law, P.C.<br>409 East Boulevard<br>Charlotte, North Carolina 28203<br>Tel: (980) 321-7933<br>Fax: (704) 990-6734<br>Kiel@GLjustice.com<br><br>*Counsel for Plaintiff, Samuel D. Cash* | Samuel J. Webster, Esq. VSB # 17021<br>Phillip H. Hucles, Esq. VSB #87219<br>WILLCOX & SAVAGE, P.C.<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510<br>(757) 628-5518<br>(757) 628-5566 (Fax)<br>swebster@wilsav.com<br>phucles@wilsav.com<br><br>*Counsel for Norfolk Southern Railway Company* |