CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 14 2015

JULIA C. DUDLEY, CLERK
BY: /s/ T. Coleman
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

SAMUEL D. CASH,

    Plaintiff,

v.

NORFOLK SOUTHERN RAILWAY COMPANY,

    Defendant.

Case No. 6:13cv00056-NKM

## STIPULATION OF DISMISSAL

Having resolved the matter, Plaintiff and Defendant, by counsel, stipulate to the voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, it is ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and expenses.

ENTERED this 14th day of December, 2015.

_____
The Honorable Norman K. Moon
United States District Judge

I-1357721.1